MINUTE ENTRY
AUGUST 16, 2024
DOSSIER, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                        NO. 24-117

AARON TEROD JOHNSON                           SECTION: MAG

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL  *FPD for appointment*
               X  ASSISTANT U.S. ATTORNEY   MARIA CARBONI
               __ INTERPRETER _____
   Designated by Court and sworn.   Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/ DEFENDANT WAS ADVISED OF HIS RIGHTS

X/ READING OF THE COMPLAINT WAS:
     READ    WAIVED   (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 05

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT (PRELIMINARY HEARING) REMOVAL HEARING/ ARRAIGNMENT IS SET FOR August 30, 2024 at 10:00 A.m.

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR August 19, 2024 at 2:00 P.m.

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING) REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING) HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

*[signature]*